**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**KAREEM NELSON,**

                         **Plaintiff,**             **20-cv-2204 (JGK)**

       **- against -**              **ORDER**

**AMITY HALL UPTOWN INC., ET AL.,**

                        **Defendants.**
————————————————————————

**JOHN G. KOELTL, District Judge:**

    The parties should provide the Court with a status report by **August 21, 2020.**

**SO ORDERED.**


**Dated:**    **New York, New York**
          **August 13, 2020**       __/s/ John G. Koeltl_____
                                **John G. Koeltl**
                        **United States District Judge**